UF | UNIVERSITY of FLORIDA

**Whitney Laboratory for Marine Bioscience**
9505 Ocean Shore Boulevard
St. Augustine, FL 32080-8610
Tel: 904-461-4000
Fax: 904-461-4052

***Prepared at the Request of the SS United States Preservation Foundation Inc.***

*October 29, 2025*

To Whom It May Concern,

I am writing to you today to express extreme concern over the planned scuttling of the vessel SS United States in Florida coastal waters. This vessel contains an inordinate amount of environmentally hazardous heavy metal compounds in the form of zinc chromate, a corrosion-resistant coating and primer which was chemically bonded to all steel and aluminum surfaces of the SS United States at the time of construction.

Zinc chromate (typically $ZnCrO_4$ in paints) presents a significant environmental hazard when released into marine environments because of the combined effects of both chromium (especially hexavalent chromium, Cr(VI)) and zinc ($Zn^{2+}$). When coatings containing zinc chromate are abraded or weathered, particles can enter the water column and settle into sediments. In the marine environment, chromium exists in multiple oxidation states: Cr(III) is relatively immobile and of lower toxicity, whereas Cr(VI) is highly mobile, bioavailable, and biologically harmful. The speciation of chromium is influenced by redox potential, organic matter, pH, and sediment/water interface processes. Once in soluble form (e.g., chromate ions $CrO_4^{2}$-), Cr(VI) readily crosses biological membranes, causes oxidative stress, DNA damage, immune suppression, and developmental and reproductive harm in fish and invertebrates.

Zinc, although an essential micronutrient, at elevated dissolved concentrations disrupts physiological functions including gill/ion regulation in fish, photosynthesis in algae, and reproductive performance in invertebrates; its toxicity is modulated by water chemistry (hardness, salinity, dissolved organic carbon). In marine ecosystems, the co-release of Cr(VI) and $Zn^{2+}$ can lead to additive or synergistic toxicity, compounding ecological risk. Sediments act as a long-term repository of chromate and zinc-bearing particles, acting as legacy contamination sources; under changing conditions, bound metals may remobilize into water and into the food web. Ecologically, this means potential loss of sensitive species (e.g., certain crustaceans, mollusks, algae), shifts in community structure, lower biodiversity and productivity, and bioaccumulation in organisms which may subsequently affect predators and humans via seafood.

Although regulatory benchmarks vary, documented toxic effects for Cr(VI) in marine/estuarine organisms occur in the low µg/L to mg/L range dependent on species and chemistry; for zinc the effect levels are more variable but begin at tens to hundreds of µg/L under marine conditions. Risk management focuses primarily on avoiding new releases, monitoring sediments and pore waters for chromium speciation and zinc concentrations, and remediating contaminated sediments (via capping, in-situ stabilization, monitored natural recovery). Because marine toxicity and bioavailability are highly site-specific (depending on salinity, redox, sediment organic matter, etc.), site‑specific monitoring and speciation are essential. In sum, zinc chromate is a dual‑metal hazard in marine ecosystems — with each metal contributing distinct but overlapping pathways of harm — and demands careful legacy management, especially around shipyards, historic vessel maintenance sites, and marine infrastructure painted in earlier eras.

To better understand the magnitude of the risk involved with scuttling this vessel in nearshore waters, my laboratory utilized several sources of information to estimate the amount of $ZnCrO_4$ in the SS United States, including historic paint schedule records and other sources of construction practices for the era. We first calculated the surface area of internal surfaces (not including the floors which were treated with different paints) using AI tools that created surface area estimates based on the floor plan square footage and an average bulkhead height of 10ft. The model generated an estimate of 1,475,000 ft2. Corrosion resistant paints have coverage of approximately 350 ft2 per gallon and most surfaces were coated twice per the paint schedule records, resulting in the use of approximately 8,428 gallons of paint on the SS United States when she was built.

Using period specific information about $ZnCrO_4$ content in anti-corrosion shipyard paints (average 50% by weight) we determined an average content of 3.2 kg of $ZnCrO_4$ per gallon of paint. This results in approximately 26,970 kg (or 59,334 lbs) of $ZnCrO_4$ on the ship in the form of paint. The potential impact of such materials being disposed of in our coastal waters could be devastating. The Comprehensive Environmental Response, Compensation, and Liability Act (CERCLA- 40 CFR 302.4) defines $ZnCrO_4$ as a hazardous material, and as such, it is my professional opinion that it has no place in our ocean floor where it can have detrimental effects on our marine resources. I implore you to take these facts under serious consideration prior to utilizing this vessel as an artificial reef. For your reference, I have included a supplementary document that summarizes the calculation process and references used to determine the mass of $ZnCrO_4$ in the SS United States.

If you require any further information, please do not hesitate to contact me by one of the means below.

Sincerely,

Todd Z. Osborne, Ph.D.
Professor
Estuarine Biogeochemistry
Whitney Laboratory for Marine Bioscience
University of Florida

osbornet@ufl.edu
352-256-3826
9505 N Ocean Shore Blvd.
St. Augustine, FL 32080