[redacted]
830-5

488H

HULL NOS. & NAMES

NEWPORT NEWS SHIPBUILDING & DRY DOCK CO.
NEWPORT NEWS, VA.

HULL DESIGN DIVISION

DRAWING No. 830-54 488H

SCALE ______ = 1 FT. DATE COMP. 5 26 50
DRAWN ______ & BRADSHAW EXAMINED ______
CHECKED ______ AUTHORIZED ______
CHARGEMAN ______ DATE June 2, 1950

# PAINTING SCHEDULE

... DEPARTMENT

YARD PRINTS ______ YARD ORDERS ______ GROUPING ______
PRINTS ______
REMARKS ______
DATE ______ SIGNED ______

APPROVED BY OWNERS
N.N. LTR. 488/11420 OF 9 JUNE 1950
FILE ______ DATE AUG 2 1950

APPROVED A.B.S.
FILE ______ DATE ______

APPROVED MAR. COMM.
DATE ______

APPROVED U.S.C.G.
FILE ______ DATE ______

2

246409-F

# ALTERATIONS

| MARK | SHEET NO. | ITEM NO. | DESCRIPTION | DATE | O.K. | AUTH'D. | APPROVED BY | APPROVED DATE |
|---|---|---|---|---|---|---|---|---|
| 1 | 12 | 115 | ITEM Nº 115 ADDED ON PAGE 12 | | | | GIBBS & COX INC. ALT. 5 SUB. TO APPROVAL OF SAMPLE PAINT CHIPS. | JULY 13, 1950 |
| 2 | 15<br>14<br>15 | 175<br>141<br>176<br>177 | ITEM Nos. 175 & 176 SPECIFYING RED HAND COMPOSITIONS ADDED AS AGREED WITH MR. CHRISTOFFERSEN. ITEM Nº 141 DELETED & ITEM Nº 177 ADDED. | K.B. 6/21/50 | | | | |
| 3 | 4 | NOTE #1 | NOTE #1 REVISED AS DISCUSSED WITH MR. W.F. GIBBS ON 27 JUNE 1950 | | | | | |
| 4 | 12 | 115 | ITEM Nº 115 MODIFIED IN ACCORD. WITH G&C. LTR. 12201/S11-6/S19-1 (12-1032) DATED 10 JULY 1950. | 7/13/50 K.B. | | | | |
| 5 | 12 | 102<br>103 | FINISH COATS FOR ITEMS Nº 102 & 103 ALT. FROM S.AL.E.U. & S.AL.E. TO GR.E.U. & GR.E. | K.B. | | | | |
| 6 | GEN. | | REFS. 46, 47 & 48 AND ITEM Nº 120 ADDED. ITEMS Nº 15 & 25 DELETED. NOTES 11, 17 & 19 AND ITEMS Nº 13, 16, 24, 26, 28, 31, 34, 36, 38, 56, 57, 59, 72, 73, 98, 106, 107, 110, 151, 155, 161 & 162 REVISED. OWNERS APPROVED STAMP FILLED IN. ALL IN ACCORD. WITH OWNERS MARKED UP APPROVED PRINT WHICH DID NOT INCLUDE ALTS. 1 THRU 5 ABOVE. | | | | GIBBS & COX INC. | SEPT 8, 1950 |
| 7 | GEN. | | NOTES 22 TO 25 AND ITEMS 116, 117, 118, 119, 121, 122, 123, 141 & 178 ADDED. NOTES 3, 9 & 17(d) AND ITEMS Nº 1, 3, 8, 22, 37, 46, 47, 68, 71, 83, 85, 102, 103, 105, 108, 111, 143, 144, 145, 146, 148, 149, 150, 153, 156 AND 159 REVISED. ALL AS AGREED WITH G.&C. LOCAL REPRESENTATIVE & LATEST U.S. NAVY PRACTICE. | 7/18/50 K.B. | | | | |
| 8 | 5 | NOTE #11 | NOTE #11 REVISED TO AGREE WITH ITEM Nos. 47 & 122 | | | | GIBBS & COX INC. | SEPT. 26, 1950 |
| 9 | 5A<br>13 | NOTE #26<br>124 | NOTE #26 & ITEM Nº 124 ADDED IN ACCORDANCE WITH ELECT. ENGRS MEMO DATED 5 SEPT. 1950. | | | | | |
| 10 | 10 | 74 | ITEM Nº 74 REVISED TO INCLUDE "& IN GALLEY GUTTERS". | K.B. | | | | |
| 11 | 5A<br>15 | NOTE #27<br>175 178<br>176 179<br>177 180 | ITEMS 176, 177 & 178 REWRITTEN AS ITEMS 178, 179 & 180 RESPECTIVELY. NOTE #27 ADDED & ITEMS 175, 176, 177 & 178 REVISED & ADDED IN ACCORD. WITH G.&C. LTR. 12201/S1-6/S19(12-1213-d-15) DATED 15 SEPT. 1950. | K.B. | | | | |
| 12 | 7 | 15 | ITEM 15 ADDED TO SUIT OWNERS LET. 12201/S-1-6/S11-8/S43(12-1197-19) OF 7 SEPT. 1950. | | | | | |
| 13 | 5A | NOTE #28<br>#27 | NOTE #28 ADDED. NOTE 27 REVISED TO REMOVE EXISTING PAINT. | K.B. | | | GIBBS & COX INC. | NOV. 27, 1950 |
| 14 | 12 | 111<br>112<br>113 | ITEMS 111, 112 & 113 REVISED AS REQUESTED BY G.&C. IN ACCORD. WITH NO. OF COATS REQUIRED BY APPENDIX A - PART I. | | | | | |
| 15 | 8-34, 36<br>9-44<br>10-66, 68, 71, 72<br>11-83, 85<br>15-172, 180 | | ITEMS 34, 36, 44, 67, 68, 71, 72, 83, 85, 172 & 180 MODIFIED IN ACCORD. WITH G&C LET. 12201/13571/S19-1/S33-4(18-92) DATED 20 OCT. 1950 & MARKED UP PRINT. | | | | | |
| 16 | 5A<br>13 | NOTE #29<br>127 | NOTE #29 & ITEM 127 ADDED AS REQUESTED BY G&C LOCAL REPRESENTATIVE | K.B. | | | | |
| 17 | 8<br>10 | 34<br>67 | REMARKS COL. REVISED FOR ITEMS 34 & 67 IN ACCORD. WITH G&C LET. 12201/13571/S19-1/S33-4(18-92) DATED 20 OCT. 1950 & MARKED UP PRINT. | K.B. | | | | |

DR. NO. 830-54 | PAINTING SCHEDULE | SHEET NO. 1

1-47—1000—P. O. 9-46

C-51

## ALTERATIONS

| MARK | SHEET NO. | ITEM NO. | DESCRIPTION | DATE | O.K. | AUTHD. | APPROVED BY | APPROVED DATE |
|---|---|---|---|---|---|---|---|---|
| 18 | 4<br>5<br>7<br>8<br>9<br>10<br>11<br>15 | NOTE #6<br>NOTE #11<br>7,12,14<br>22,23,29,32,33<br>47,50<br>63,74<br>98<br>106<br>173,174 | NOTE #6 REVISED TO OMIT Z.C. FROM SURFACES TO BE COATED WITH KOMUL OR BITUP. NOTE #11 REVISED TO SPECIFY KOMUL ON BARE STL. ONLY & BITUP. WHERE Z.C. PRIMER HAS BEEN APPLIED. ITEM NO. 7,12,14,22, 23,29,32,33,47,50,63,74,98,106,142,173 & 174 ALT. TO SUIT. | K.B. | | | GIBBS & COX INC. | |
| 19 | 15 | 161 | 1ST & 2ND COATS FOR ITEM 161 ALT. FROM GRAY TO ALUM. IN ACCORD WITH G&C LTR. 12201/582-1(1-2497) DATED 24 JULY 1950. THICKNESS OF KOMUL ADDED ON SHT. #6 | K.B. | | | | |
| 20 | 15<br>16 | 175,176,177,178,179<br>181,182 | WORDING OF ITEMS 175,176,177,178 & 179 ALT. & ITEMS 181 & 182 ADDED IN ACCORD. WITH REF # 44 AND COST ENGRS. MEMO DATED 14 DEC. 1950 | K.B. | | | | |
| 21 | 14<br>15 | 159<br>179 | COLOR FOR ITEM 179 ALT. FROM GRAY TO BLACK AT REQUEST OF G&C. COLOR FOR ITEM 159 ALT. FROM GRAY TO BLACK TO SUIT. | K.B. | | | | |
| 22 | 13 | 128 | ITEM #128 ADDED TO SUIT OWNER REPRESENTATIVE | | | | | |
| 23 | 12<br>14<br>14<br>15<br>15<br>16<br>5A | 115<br>152<br>158<br>167<br>179<br>182<br>NOTES 30 & 31 | ITEM 115 REVISED TO PROVIDE FOR MONEL & ALUMILITED ITEMS. RANGE EXHAUST ADDED TO ITEM 152 & PAINT ALT. FROM OUTSIDE BUFF TO ALUM. PAINT AND ITEM 158 ALT. FROM O.W. TO ALUM. PAINT FOR ITEM 167 ADDED. ITEMS 179 & 182 ALT. TO OMIT REF. TO LINE 8" BEL. PROM. DK. NOTES #30 & 31 ADDED. ALL ABOVE AS VERBALLY REQUESTED BY G&C. NOTE #32 ADDED | K.B. | | | | |
| 24 | 5A<br>12 | NOTE 31<br>63 | NOTE #31 REVISED TO INCLUDE UTILITY SPACES & WORKSHOPS. ITEM 103 REVISED TO INCLUDE REDUCTION GEARS & CONDENSORS. ABOVE AS VERBALLY DISCUSSED WITH G&C. | K.B. | | | | |
| 25 | 6A | | SHEET #6A ADDED | K.B. | | | | |
| 26 | 12 | 114 | FOR ITEM 114 PRIMER ALT. FROM 1 COAT PRIMER-SEALER TO 1 COAT FLAT TO OBTAIN REQ'D FLAT SHEEN. | | | | | |
| 27 | 6A<br>12 | 104 | SHEET #6A REVISED. ITEM 104 REVISED SO AS TO LEAVE C.RES. PANELS UNPAINTED. | | | | | |
| 28 | 6<br>8<br>9<br>10<br>11 | 37,39<br>53,55<br>62,75<br>89 | COLOR FOR ITEMS 37,39,53,55,62,75 & 89 ALT. FROM WHITE TO GREEN. DOORS FOR ITEMS 55 & 75 ALT. FROM B.G.E. TO GREEN. GREEN ADDED TO ABBREVIATION SHEET. ALL TO SUIT G&C COMMENTS ON SHEET #8 OF MARKED OWNERS APPROVED PRINT OF DWG. 515-546 DATED 3/28/51 | K.B. | | | | |
| 29 | 8<br>13 | 40<br>129,130 | ITEM #40 REVISED TO SPECIFY "EXCEPT UNDER CARPETS" AND ITEMS #129 & 130 ADDED. | K.B. | | | G&C INC. | 8/13/51 |
| 30 | 5A | NOTE #22 | NOTE #22 REVISED INCLUDE TOP RAIL OF EXTERIOR LADDERS IN PASSENGER AREAS AS REQUESTED BY G&C. | K.B. | | 16 | G&C INC. | 9/11/51 |
| 31 | 15 | 171 | 1ST & 2ND COATS FOR ITEM 171 ALT. FROM HEAT RESISTING BLACK TO FIRE RETARDANT ALUM. PAINT AS AGREED WITH G&C LOCAL REP. | JP | | | G&C INC. | 11/7/51 |
| 32 | 5A<br>13<br>5A | NOTE #33<br>134<br>NOTE #22 | NOTE #33 & ITEM #181 ADDED IN ACCORD. WITH NOTE #4 ON DWG. #535-299. NOTE #22 REVISED TO CLARIFY THAT PORTION OF EXTERIOR RAILS TO BE PAINTED. | K.B. | | | G&C INC. | 12/11/51 |
| 33 | 13 | 132 | ITEM #132 ADDED TO SUIT VERBAL REQUEST BY G&C | | | | G&C | 2/7/52 |
| 34 | 13 | 133 | ITEM NO. 133 ADDED AS PER REQUEST OF G&C LOCAL REPRESENTATIVE. | REV. 2-14-52 L.S.S. | | | | |

DR. NO. 830-54 | PAINTING SCHEDULE | SHEET NO. 1-A

8-2-2

1-49—1000—P. O. 9-46

## ALTERATIONS

| MARK | SHEET NO. | ITEM NO. | DESCRIPTION | DATE | O.K. | AUTH'D | APPROVED BY | APPROVED DATE |
|---|---|---|---|---|---|---|---|---|
| 35 | 54 | NOTE #29 | NOTE #29 REVISED TO PROVIDE LACQUER ON BRIGHT RAILS AS REQUESTED BY G.&C. | K.B. | [illegible] 3/31/52 | [illegible] | GIBBS & COX [illegible] | APRIL 17, 1952 |
| 36 | 13 | 135 | ITEM NO. 135 ADDED TO SUIT E.D.M. MEMO DATED APRIL 10, 1952 | | [illegible] | | | |
| 37 | 13 | 136 137 | ITEMS 135 & 6 ADDED TO SUIT G & C LETTER 12201/S19/1,585(18-5367) DATED 3/7/52 | K.B. | 4-15-52 | [illegible] | | |

DR. NO. 830-54 PAINTING SCHEDULE SHEET NO. 1B

1-49—1000—P. O. 9-46

# REFERENCES

| Nº. | TITLE | DWG. Nº. |
|---|---|---|
| 1 | SCHEDULE OF FINISHES - PUBLIC SPACES | 505-1119 |
| 2 | " " " - SUITES, STATEROOMS, PESONNEL, MISC. | 515-546 |
| 3 | SPECS. FOR U.S.M. COMM. DESIGN P6-S4-DS1, 26 JULY 1948 | |
| 4 | N.D. GEN. SPECS. - APPENDIX 6, JUNE 1943 EDITION | |
| 5 | HOLD - FOR'D FR. 184 ARRGT. | 10-2277 |
| 6 | HOLD - AFT FR. 184 ARRGT. | 10-2278 |
| 7 | "E" DECK - FOR'D FR. 126 ARRGT. | 10-227[illegible] |
| 8 | "D" DECK - FOR'D FR. 184 ARRGT. | 10-228[illegible] |
| 9 | "D" DECK - AFT FR. 184 ARRGT. | 10-228[illegible] |
| 10 | "C" DECK - FOR'D FR. 184 ARRGT. | 10-228[illegible] |
| 11 | "C" DECK - AFT FR. 184 ARRGT. | 10-2284 |
| 12 | "B" DECK - FOR'D FR. 184 ARRGT. | 10-2285 |
| 13 | "B" DECK - AFT FR. 184 ARRGT. | 10-2286 |
| 14 | "A" DECK - FOR'D FR. 177 ARRGT. | 10-228[illegible] |
| 15 | "A" DECK - AFT FR. 177 ARRGT. | 10-2288 |
| 16 | MAIN DECK - FOR'D FR. 184 ARRGT. | 10-2289 |
| 17 | MAIN DECK - AFT FR. 184 ARRGT. | 10-229[illegible] |
| 18 | UPPER DECK - FOR'D FR. 184 ARRGT. | 10-229[illegible] |
| 19 | UPPER DECK - AFT FR. 184 ARRGT. | 10-2292 |
| 20 | PROMENADE DECK - FOR'D FR. 184 ARRGT. | 10-2293 |
| 21 | PROMENADE DECK - AFT FR. 184 ARRGT. | 10-2294 |
| 22 | SUN DECK - FOR'D FR. 184 ARRGT. | 10-2295 |
| 23 | SUN DECK - AFT FR. 184 ARRGT. | 10-2296 |
| 24 | SPORTS DECK - FOR'D FR. 184 ARRGT. | 10-2297 |
| 25 | SPORTS DECK - AFT FR. 184 ARRGT. | 10-2298 |
| 26 | NAVIGATING BRIDGE & NAV. BRIDGE DECK ARRGT. | 10-2299 |
| 27 | FIRE SCREEN DIAGRAM "C, D & E" DECKS & HOLD | 10-2305 |
| 28 | " " " "MAIN, A & B" DECKS | 10-2306 |
| 29 | " " " "SUN, PROMENADE & UPPER" DECKS | 10-2307 |
| 30 | " " " "INBD. PROF., NAV. BRIDGE & SPORTS" DKS. | 10-2308 |

DR. NO. 830-54 | PAINTING SCHEDULE | SHEET NO. 2

-49—1000—P. O. 9-46

# REFERENCES (CONT'D)

| TITLE | DWG. NO. |
|---|---|
| DECK COVERING ARRGT. "HOLD, E & D" DKS. | 550-254 |
| " " " "C & B" DKS. | 550-255 |
| " " " "A & MAIN" DKS. | 550-256 |
| " " " "UPPER & PROM." DKS. | 550-257 |
| " " " "SUN & SPORTS DKS., NAV. BRIDGE & HOUSE TOPS" | 550-247 |
| INSUL. & METAL SHEATHING ARRGT. "HOLD, C, D & E" DKS. - FRS. 126-249 | 700-258 |
| " " " " "HOLD, C & D" DKS. - FRS. 249-STERN | 700-259 |
| " " " " "HOLD, C, D & E" DKS. FRS. STEM-126 | 700-260 |
| " " " " "B, A, MAIN & UPPER" DKS. FRS. 126-249 | 700-261 |
| " " " " " " " " " FRS. 249-STERN | 700-262 |
| " " " " " " " " " FRS. STEM-126 | 700-263 |
| " " " " PROM., SUN, SPORTS & HOUSE TOP FRS. 184-339 | 700-264 |
| " " " " SUN, SPORTS, NAV. BR. & HOUSE TOP STEM-184 | 700-265 |
| DOCKING PLAN | 12-45 |
| SHIP'S NAME & DRAFT MARKS | 180-246 |
| RAILS & STANCHIONS DETAILS - SHEET NO. 1 △6 | 330-915 |
| " " " " " " 2 △6 | 330-917 |
| " " " " " " 3 △6 | 330-918 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

1-49—1000—P. O. 9-46

## GENERAL NOTES

1. Materials used are to be the best of their respective kinds. All interior paints are to be fire retardant, outside paints are not fire retardant. Paints for passenger and crews quarters and public spaces and small lockers therein are to have Devoe and Raynolds paints. Newport News fire retardant paints to be used on all other inside spaces including machinery, cargo, commissary spaces, etc. Newport News paint to be used for all exterior painting; deck houses, underside of decks, top sides etc., but not underwater body.

2. All steel plates (but not shapes) are to be pickled, as received, in accordance with Note #4 on Dwg. No. 10-2310. No after pickling paint to be used.

3. (△7) All structural aluminum plates and shapes will be de-greased with solvent similar to #18 Special, upon receipt, given a phosphoric acid (Deoxidine #526) treatment and one coat of zinc-chromate primer (N.D. #84/47).

4. All structure is to be wire brushed of all scale, oil, rust, and other extraneous matter before painting. Each coat of paint to be dry before the next coat is applied.

5. Faying surfaces of all steel including potable water, wash water and feed water tanks (but excluding fuel oil, diesel fuel oil, lubricating oil stowages and settling tanks all of which are to be bare) to be given one thick coat of primer immediately before final assembly and assembled wet. Zinc-chromate (N.D. #84/47) to be used as primer when required above except between the flat keels where red lead, Navy #1 will be used.

6. (△18) One priming coat of zinc-chromate primer (N.D. #84/47) to be applied on all steel after sub-assembly or erection (but not necessarily after testing) except this priming coat will be omitted where practicable from all surfaces that are to have Komul or Bituplastic #28. All paint in way of future attachments of, or to H.T.S., to be omitted or removed before welding.

7. While fuel oil tanks are specified not to be painted, they will be given one coat of zinc-chromate primer (N.D. #84/47) for temporary protection.

8. Diesel fuel oil, lubricating oil stowages and settling tanks to be bare steel, sprayed with Navy No. 5150 cylinder oil, faying surfaces are not to be painted.

9. (△7) Salt water tanks are to have two coats of zinc-chromate primer (N.D. #84/47). The coat required by Note #6 to be used if in good condition.

10. Cleaning and preservation of lubricating oil sump tanks (built into reduction gear foundations):

    (a) After completion of foundation, it will be inverted and all connecting lugs, clips, welding burs, rough edges and other extraneous matter removed from sump tank by chipping and grinding.

    (b) Work to be inspected by M.C., A.B.S., G&C. and all other interested parties.

    (c) Dry sand-blast foundation and sump structure to bright metal, clean sump carefully, inspect as in (b) above and immediately apply one coat of Frost's No-Rust to interior of sump.

    (d) Provide temporary cover for sump immediately after erection of foundation.

| DR. NO. 830-54 | PAINTING SCHEDULE | SHEET NO. 4 |
|---|---|---|

1-49—1000—P. O. 9-46

11. (6) (8) (18) Two coats of Komul or Bituplastic #28 to be used on steel structure in all wet or dry inaccessible and void spaces including bilge keels, drain wells, chain lockers, machinery foundations, cofferdams, areas under built in furniture, shell plating and deckhouse sides behind insulation or joiner work, steel bulkheads behind insulation in refrigerated spaces, decks under commissary equipment and inaccessible areas back of baffle plates in vent trunks and air casings. Pipe and air spaces under refrigerated spaces to have two coats of Komul on bare steel followed by one coat of aluminum paint for light reflection.

Komul to be applied to bare steel only. Where zinc-chromate primer has been applied, use one coat of Bituplastic primer followed by one coat of Bituplastic #28. Komul may be used over zinc chromate primer if the Z-C primer is covered with a coat of fire retardant white.

12. All aluminum structure behind insulation and joiner work is to have one coat of zinc-chromate primer (N.D. #84/47). The coat required by note #3 to be used if in good condition.

13. All galvanized surfaces to be painted shall be treated with a cleaner consisting of Phosphate, Phosphoric Acid and suitable solvents and wetting agents. Apply to surface with a large brush and allow to act a minute or more. The surface shall then be washed thoroughly with cold water. When surface is thoroughly dry, apply one coat of zinc-chromate primer (N.D. #84/47) and apply finish coats.

14. Unless otherwise specified, all steel work is to receive a second coat of zinc-chromate primer (N.D. #84/47) and two coats of finish paint. The second coat of primer to be applied just prior to application of the finish paint. The first coat of primer (see note #6) to have all welding burns and scuffed places touched up before applying second coat of primer and finish coats.

15. Deckhouses and bridge structure shall be smoothed with a minimum amount of painters cement before finish coats are applied.

16. Mica painting is to be applied where uninsulated steel or aluminum structure is liable to sweating.

17. (6) Preparation of aluminum faying surfaces:

(a) Where exposed to the weather, medium steel structure inway of aluminum is to be galvanized unless the steel is H.T.S. or is in contact with H.T.S. DuPont P.A.W. packing and zinc-chromate to be used between H.T.S. and aluminum.

(b) Faying surfaces between aluminum and aluminum to be painted with zinc-chromate primer (N.D. #84/47) and assembled while wet, except in way of spot welding where phenolic varnish (Form #80) will be used.

(c) Faying surfaces between aluminum and galv. steel to be painted with zinc-chromate primer (N.D. #84/47) and assembled while wet.

(7) (d) Faying surfaces between aluminum and black steel to be insulated with Alumilastic (which contains calcium chromate).

18. All spaces not specifically mentioned are to be finished to conform with surrounding or comparable spaces.

19. (6) All outside manufactured metal furniture to have baked enamel finish, using one coat of primer and two coats of Ferbert Schorndorfer Co. or equal fire retardant baking enamel.

20. For painting of interiors of public spaces, passenger, officers and personnel spaces see References No. 1 and No. 2.

15-3

1-49—1000—P. O. 9-46

21. All material used for bulkheading and lining shall be thoroughly painted or otherwise treated on both sides and edges in order to prevent absorption of moisture or to resist corrosion.

22. Extruded aluminum cap rails, outside (AND TOP RAIL OF EXTERIOR LADDERS IN PASSENGER AREAS) pipe storm rails and castings forming part of cap or storm rails to have alumilited finish. Before delivery of vessel, the protective covering to be removed, parts cleaned with #18 Special and given one coat of Methacrylate type non-yellowing clear lacquer similar to Better Finishes and Coatings Co. No. D-404. ALL RAILS ON PROM. DK FOR'D OF FR 96 AND ON MAIN DK. AFT OF FR. 326 TO BE PAINTED.

23. All other exterior aluminum rails, stanchions, braces and parts are to be painted. These will be erected, cleaned with #18 Special, treated with wash coat primer and given one coat of zinc-chromate and two coats of outside paint.

24. On Newport News manufactured aluminum items such as crew's lockers, medicine cabinets, furniture, etc., where it is necessary to fabricate or spot weld before priming, the material should be fabricated, cleaned and a wash coat primer used. This is to be followed by an undercoat and finish coat of baking enamels. Deoxidine #526 and zinc-chromate to be used in lieu of wash coat primer where the materials can be primed before fabrication.

25. All structure having intermittent welds to tank top or to other wet spaces to be sealed with a coat of Komul before painting deck.

26. All bus structure on switchboards shall be painted with two coats of Newport News Fire Retardant Red Enamel A-1. Bars shall be thoroughly cleaned and free from grease before application of paint. Special care shall be exercised to obtain a good coating on all edges and projecting parts such as joints, bolts, and nuts. Additional coats shall be applied over these parts as necessary to insure adequate insulation and to prevent the entrance of air or moisture to the joints.

27. For the hull below the load water line, sandblast all seams, butts and riveting, wire brush shell plating and immediately paint in accordance with item 175 followed by items 176 and 177.

All exposed areas of paint that have been previously applied to the hull below the load water line and which differs from the above is to be removed.

28. In way of intermittent welding of winch foundations, chain locker and other exposed or wet spaces, work Komul or Bituplastic #28 into the joints between weld increments to prevent corrosion.

29. Rails on exterior sloping ladders to be painted as per note #23. All aluminum rails to interior sloping ladders to be left bright. Castings to be painted. (BRIGHT RAILS TO BE LACQUERED - (FOR LACQUER SEE NOTE #22).

30. The 4 paint lines on the shell to be marked by 2" x 1/16" beads of welding at 30 foot centers.

31. One coat bituplastic primer and 1 coat of bituplastic to be applied on exposed side of foundations and on coamings of steel. bulkheads in all main galleys, pantries, utility spaces and workshops.

32. To prevent the condensation of paint and wax vapors causing damage to the relays, the automatic switchboard in the telephone switchboard room on Main Deck MUST be tightly covered by a vapor sealing material during any painting or repainting in the room or waxing of floors.

33. Aluminum storm rails and brackets in crew areas to be painted - see item #131. Storm rails and brackets in passenger areas to be alumilited.

DR. NO. 830-54 | PAINTING SCHEDULE | SHEET NO. 5A

20-3

1-49—1000—P. O. 9-46

# ABBREVIATIONS

| ABBREV. | TITLE | DESCRIPTION |
|---|---|---|
| | | |
| | | |
| AL. | ALUMINUM ENAMEL | HEAT RESISTING |
| A.R.W.E. | ACID-RESISTING WHITE ENAMEL | N.D. 52P21 FORMULA #30 |
| AL.E.U. | ALUMINUM ENAMEL UNDERCOAT | FIRE RETARDANT |
| BAK.E. | BAKING ENAMEL | Do |
| BAK.E.U. | BAKING ENAMEL UNDERCOAT | Do |
| BITUP. #28 | BITUPLASTIC #28 | |
| BITUP. PRIM. | BITUPLASTIC PRIMER | |
| BITUM. SOL. | BITUMASTIC SOLUTION | |
| BITUM. E | BITUMASTIC ENAMEL | |
| BL.E. | BLACK ENAMEL | FIRE RETARDANT |
| BL.E.U. | BLACK ENAMEL UNDERCOAT | Do. |
| C.O. | CYLINDER OIL | |
| C.W. | CEMENT WASH | |
| G.E. | GRAY ENAMEL #22 = LIGHT GRAY #23 = MED. GRAY | FIRE RETARDANT 25 TO 30 GLOSS |
| G.E.U. | GRAY ENAMEL UNDERCOAT | FIRE RETARDANT |
| H.R.B. | HEAT RESISTING BLUE | |
| H.R.BL. | HEAT RESISTING BLACK | |
| H.R.R. | HEAT RESISTING RED | |
| H.R.W. | HEAT RESISTING WHITE | |
| I.W. | INSIDE WHITE | FIRE RETARDANT |
| O.W. | OUTSIDE WHITE | |
| R.D. | RED DECK | FIRE RETARDANT |
| B.G.E. | BLUE-GRAY BRUSHING ENAMEL | COLOR SIM. TO N.N. BAKING ENAMEL #21 - FINISH #8 |
| B.G.E.U. | BLUE-GRAY BRUSHING ENAMEL UNDERCOAT | COLOR SIM. TO N.N. BAKING ENAMEL #21 |
| VERM. | VERMILLION | |
| W.E. | WHITE ENAMEL | FIRE RETARDANT |
| W.E.U. | WHITE ENAMEL UNDERCOAT | Do |
| W.L. | WHITE LEAD | |
| Z.C. | ZINC-CHROMATE | N.D. #84/47, OR N.D. #84/47 MOD. (FULL FIRE RETARDANT) |
| Z.D. | ZINC DUST | |
| ALUM. | ALUMINUM PAINT OUTSIDE | 1¾ # ALCOA ALBRON PASTE No. 240 PER GAL. OF NAVY VARNISH 52V15B |
| KOMUL | KOMUL (19) ANTI-CORROSIVE COATING | THICKNESS OF EACH COAT TO BE SUCH AS TO COVER 100 SQ. FT. TO THE GALLON |
| GREEN | GREEN (28) | COLOR TO MATCH DEVOE & RAYNOLDS #338 WALDORF |
| | | |

DR. NO. 830-54 | PAINTING SCHEDULE | SHEET NO. 6


BLUE
ITEM #168
SAMPAN FIN
WHITE - ITEM # 169
9'-0" 9'-0"
WHITE BLUE
1" F.B.
RED
ITEM #170
7'-6" ABOVE NAVIGATING BR.
BUTT LINE
WHITE
WHITE
BOATS
ALUM - ITEM #162
BLUE
ITEM #168
RANGE LT. MAST
ALUM.-ITEM #152
SAMPAN FIN
WHITE - ITEM #169
9'-0" 9'-0"
WHITE BLUE
1" F.B.
RED
ITEM #170
ALUM.
ITEM #158
LINE OF PLATFM.
7'-6" ABV. NAV. BR.
WHITE
WHITE
WHITE - ITEM #182
PAINT LINE
SEE REF. #44
BLACK - ITEM #179
6" WHITE STRIPE
ITEM #181
LOAD W.L.
BOOT TOPPING
ITEM #178
25
27
EXTERIOR PAINT COLORS
1-49—1000—P. O. 9-46
PAINTING SCHEDULE
SHEET NO. 6A
DR. NO. 830-54

# INTERIOR PAINTING

| ITEM No. | COMPT. OR STRUCTURE | PART OF COMPT. OR STRUCTURE | PRIMER | 1ST COAT | 2ND COAT | 3RD COAT | AUTH'Y | REMARKS |
|---|---|---|---|---|---|---|---|---|
| 1 | SALT WATER TANKS (PEAK TANKS / WING TANKS) | INTERIOR | 2 COATS Z.C. | | | | | SEE NOTE #9 |
| 2 | FUEL OIL TANKS (R.F.O. OR S.W. / F.O. OR S.W.) | INTERIOR | 1 COAT Z.C. | | | | | SEE NOTE #7 |
| 3 | DRAIN WELLS & ETC. | INTERIOR | BITUPLASTIC PRIMER | BITUPLASTIC #28 | BITUPLASTIC #28 | | | SEE NOTE #11 |
| 4 | "PIPE & AIR" SPACES | ALL SURFACES | BARE | KOMUL | KOMUL | AL. | | SEE NOTE #11 |
| 5 | SEWAGE TANKS | INTERIOR | 1 COAT BITUM. SOL. | BITUM. E. | | | | SEE NOTE #10 |
| 6 | ELEVATOR TRUNKS | INTERIOR | 2 COATS Z.C. | I.W. | I.W. | | | SEE NOTE #14 |
| 7 | DRAIN TANKS IN DBL. BOTT. | INTERIOR | BARE / EXISTING Z.C. | KOMUL / BITUP. PRIM. | KOMUL / BITUP. #28 | | | SEE NOTE #11 |
| 8 | FRESH WATER TANKS (POTABLE & WASH WATER) | INTERIOR | BARE | Z.D. | Z.D. | | | AFTER FIRST COAT IS DRY, TOUCH UP BARE SPOTS & ALLOW TO DRY BEFORE APPLYING 2ND COAT |
| 9 | PITOMETER LOG COMPT. IN DBL. BOTT. | INTERIOR | 2 COATS Z.C. | I.W. | I.W. | | | SEE NOTE #14 |
| 10 | UNDERWATER SOUND COMPT. IN D.B. | INTERIOR | 2 COATS Z.C. | I.W. | I.W. | | | SEE NOTE #14 |
| 11 | FUEL OIL SETTLING TANKS | INTERIOR | 1 COAT Z.C. | | | | | SEE NOTE #7 |
| 12 | COFFERDAMS | INTERIOR | BARE / EXISTING Z.C. | KOMUL / BITUP. PRIM. | KOMUL / BITUP. #28 | | | SEE NOTE #11 |
| 13 | RESERVE FEED & DISTILLED WATER TANKS | INTERIOR | BARE | Z.D. | Z.D. | | | AFTER FIRST COAT IS DRY, TOUCH UP BARE SPOTS & ALLOW TO DRY BEFORE APPLYING 2ND COAT |
| 14 | SHAFT ALLEYS (TANK TOP & ENCLOSURE BHDS. BEL. GRATING LEVEL) | ALL SURFACES | BARE / EXISTING Z.C. | KOMUL / BITUP. PRIM. | KOMUL / BITUP. #28 | | | SEE NOTE #11 |
| 15 | INACCESSIBLE SPACES IN & AROUND STERN TUBES & SPECTACLE FRAMES | | BITUPLASTIC PRIMER | BITUPLASTIC #28 | BITUPLASTIC #28 | | | SEE NOTE #11 |
| 16 | SHAFT ALLEY (ENCL. BHDS. & OVERHEAD ABV. GRATING LEVEL) | ALL SURFACES | 2 COATS Z.C. | I.W. | I.W. | | | |
| 17 | BILGES (FRS. 88-104) | | BARE | KOMUL | KOMUL | | | PART OF PIPE & AIR SPACE SEE ITEM #4 & NOTE #11 |
| 18 | CARGO HOLDS & TWEEN DECKS | ENCL. BHDS. & OVERH'D | 2 COATS Z.C. | AL. | AL. | | | SEE NOTE #14 |
| 19 | STORES OR BAGGAGE SPACES | ENCL. BHDS. & OVERH'D | 2 COATS Z.C. | I.W. | I.W. | | | Do |
| 20 | SLOP OIL TANKS | INTERIOR | 1 COAT Z.C. | | | | | |

SHEET NO. 7

PAINTING SCHEDULE

DR. NO. 830-54

1-49—1000—P. O. 9-46

# INTERIOR PAINTING

| ITEM Nº | COMPT. OR STRUCTURE | PART OF COMPT. OR STRUCTURE | PRIMER | 1ST COAT | 2ND COAT | 3RD COAT | AUTH'Y | REMARKS |
|---|---|---|---|---|---|---|---|---|
| 21 | BOILER, ENGINE & AUX. MACH'Y ROOMS | TANK TOP PLATING & ENCL. BHDS. TO FLOOR LEVEL | 2 COATS Z.C. | R.D. | R.D. | | | SEE NOTE #14 |
| 22 | ENGINE & AUX. MACH'Y FDNS. ENCLOSED SURFACES | ALL SURFACES | BARE EXISTING Z.C. | KOMUL BITUP. PRIM. | KOMUL BITUP. #28 | | | SEE NOTE #11 |
| 23 | ENGINE & AUX. MACH'Y FDNS. | ENCLOSED SURFACES ABV. FLOOR LEVEL | BARE EXISTING Z.C. | KOMUL BITUP. PRIM. | KOMUL BITUP. #28 | | | SEE NOTE #11 |
| 24 | ENGINE & AUX. MACH'Y FDNS. | EXPOSED SURFACES ABV. FLOOR LEVEL | 2 COATS Z.C. | G.E.U. N.N. #23 | G.E. N.N. #23 | | | SEE NOTE #14 |
| 25 | ALUM. FLOOR PLATES | UNDER SIDE | 1 CT. Z.C. | R.D. | | | | |
| 26 | BOILER ENGINE & AUX. MACH'Y ROOMS | ENCL. BHDS. | 2 COATS Z.C. | W.E.U. | W.E. | | | SEE NOTE #14 |
| 27 | ENGINE & BOILER CASINGS | ALL EXPOSED INTERIOR SURFACES | 2 COATS Z.C. | W.E.U. | W.E. | | | SEE NOTE #14 |
| 28 | STEEL FLOOR PLTS. IN BOILER & ENG. RMS. | ALL SURFACES | 2 COATS Z.C. | BL.E.U. | BL.E. | | | ALUM. FLOOR PLTS., GRATINGS & HANDRAILS IN ENG. BOILER AUX. MACH'Y ROOMS & SHAFT ALLEYS NOT TO BE PAINTED |
| 29 | BOILER FDNS. | ALL SURFACES ABV. TANK TOP | BARE EXISTING Z.C. | KOMUL BITUP. PRIM. | KOMUL BITUP. #28 | | | SEE NOTE #11 |
| 30 | AUX. MACH'Y WORKSHOPS | ENCL. BHDS. & OVERH'D | 2 COATS Z.C. | W.E.U. | W.E. | | | SEE NOTE #14 |
| 31 | ~~FDNS. IN~~ AUX. MACH'Y WORKSHOP | EXPOSED SURFACES | 2 COATS Z.C. | G.E.U. N.N. #23 | G.E. N.N. #23 | | | DO |
| 32 | FDNS. IN AUX. MACH'Y WORKSHOP | ENCL. SURFACES | BARE EXISTING Z.C. | KOMUL BITUP. PRIM. | KOMUL BITUP. #28 | | | SEE NOTE #11 |
| 33 | INACCESSIBLE & VOID SPACES | ALL SURFACES | BARE EXISTING Z.C. | KOMUL BITUP. PRIM. | KOMUL BITUP. #28 | | | DO |
| 34 | CREWS LIVING AREA PASSAGEWAYS | ENCL. BHDS. & OVERH'D | 2 COATS Z.C. | IVORY ENA. U. N.N. #17 | IVORY ENA. N.N. #17 | | | COAMING OR EQUAL HEIGHT PAINTED TO MATCH DK. COVERING |
| 35 | ACCESS & ESCAPE TRUNKS | INTERIOR | 2 COATS Z.C. | I.W. | I.W. | | | DO |
| 36 | SPIRAL CHUTE | INTERIOR | 2 COATS Z.C. | B.G.E.U. | B.G.E. | | | DO |
| 37 | LINEN ROOMS | ENCL. BHDS. & OVERH'D | 2 COATS Z.C. | GREEN SHEEN #1 | GREEN SHEEN #1 | | | DO ROOM SIDE OF DOOR TO BE GREEN SHEEN #8 |
| 38 | LUB. OIL SUMP TANK | | SPECIAL TREATMENT | | | | | SEE NOTE #10 |
| 39 | ENGINEERS STORES & PLUMBERS SHOP | ENCL. BHDS. & OVERH'D | 2 COATS Z.C. | GREEN SHEEN #1 | GREEN SHEEN #1 | | | SEE NOTE #14 |
| 40 | DECK PLATING (EXCEPT UNDER CARPETS FOR UNDER CARPETS SEE ITEM #129) | UPPER SURFACES | | | | | | SEE REFS. 31 THRU 35 FOR DECK COVERING |

SHEET NO. 8

PAINTING SCHEDULE

DR. NO. 830-54

# INTERIOR PAINTING

| ITEM No. | COMPT. OR STRUCTURE | PART OF COMPT. OR STRUCTURE | PRIMER | 1ST COAT | 2ND COAT | 3RD COAT | AUTH'Y | REMARKS |
|---|---|---|---|---|---|---|---|---|
| 41 | DIESEL FUEL OIL, L.O. SETTLING & L.O. STOWAGE TANKS | INTERIOR | — | | | | | SPRAY WITH CYLINDER OIL - SEE NOTE # 8 |
| 42 | BAGGAGE ROOM | ENCL. BHDS. & OVERH'D | 2 COATS Z.C. | I.W. | I.W. | | | SEE NOTE # 14 |
| △15 43 | MAIL ROOMS | ENCL. BHDS. & OVERH'D | 2 COATS Z.C. | I.W. | I.W. | | | DO |
| 44 | BRIGS | ENCL. BHDS. & OVERH'D | 2 COATS Z.C. | IVORY ENA.U. N.N. #17 | IVORY ENA. N.N. #17 | | | DO |
| 45 | EMERG. FIRE PUMP ROOMS | ENCL. BHDS. & OVERH'D | 2 COATS Z.C. | I.W. | I.W. | | | DO |
| △7 46 | CHAIN LOCKERS | ALL SURFACES | BITUPLASTIC PRIMER | BITUPLASTIC #28 | BITUPLASTIC #28 | | | SEE NOTE # 11 |
| △18 △7 47 | STL. STRUCTURE BEHIND INSULATION & JOINER WORK | SHELL PLATING & DK. HOUSE SIDES ONLY | BARE EXISTING Z.C. | KOMUL BITUP. PRIM. | KOMUL BITUP. #28 | | | SEE NOTE # 11 & ITEM # 122 |
| 48 | BAGGAGE & CARGO HATCH TRUNKS | INTERIOR | 2 COATS Z.C. | AL. | AL. | | | SEE NOTE # 14 |
| 49 | SERVICE LKRS. & CLEANING GEAR LKRS. | ENCL. BHDS. & OVERH'D | 2 COATS Z.C. | W.E.U. | W.E. | | | DO DEVOE & RAYNOLDS PAINT |
| △18 50 | STL. BHD. & DK. PLTG. IN WAY OF BATHTUBS | ENCL. SURFACES | BARE EXISTING Z.C. | KOMUL BITUP. PRIM. | KOMUL BITUP. #28 | | | SEE NOTE # 11 |
| 51 | STEWARDS LOCKERS | ENCL. BHDS. & OVERH'D | 2 COATS Z.C. | W.E.U. | W.E. | | | FOR DOORS SEE ITEM No. 85 DEVOE & RAYNOLDS PT. |
| 52 | PASSENGERS LAUNDRY | ENCL. BHDS. & OVERH'D | 1 COAT Z.C. | W.E.U. | W.E. | | | ALUM. SHEATHING |
| △28 53 | RECEIVING ROOM | ENCL. BHDS. & OVERH'D | 2 COATS Z.C. | GREEN SHEEN #1 | GREEN SHEEN #1 | | | SEE NOTE # 14 |
| 54 | KEROSENE STOWAGE LOCKER | INTERIOR | 1 COAT Z.C. | AL. | AL. | | | |
| △28 55 | TAILOR SHOP | ENCL. BHDS. & OVERH'D | 2 COATS Z.C. | GREEN SHEEN #1 | GREEN SHEEN #1 | | | ROOM SIDE OF DOOR TO BE GREEN SHEEN #8 |
| △6 56 | ENGINEERS PAINT LOCKER | ENCL. BHDS. & OVERH'D | 2 COATS Z.C. | AL. | AL. | | | SEE NOTE # 14 |
| △6 57 | AUX. MACH'Y HATCH TRUNKS | INTERIOR | 2 COATS Z.C. | W.E.U. | W.E. | | | DO |
| 58 | MAIL HATCH TRUNK | INTERIOR | 2 COATS Z.C. | AL. | AL. | | | DO |
| △6 59 | STEERING GEAR ROOM & STEWARDS PAINT LOCKERS | ENCL. BHDS. & OVERH'D | 2 COATS Z.C. | I.W. | I.W. | | | DO |
| 60 | BOSN'S. STORES | ENCL. BHDS. & OVERH'D | 2 COATS Z.C. | I.W. | I.W. | | | DO |

SHEET NO. 9

PAINTING SCHEDULE

DR. NO. 830-54

1-49—1000—P. O. 9-46

20-5

# INTERIOR PAINTING

| ITEM No. | COMPT. OR STRUCTURE | PART OF COMPT. OR STRUCTURE | PRIMER | 1ST COAT | 2ND COAT | 3RD COAT | AUTH'Y | REMARKS |
|---|---|---|---|---|---|---|---|---|
| 61 | GYRO ROOM & FIRE CONTROL RM. | BHDS. & OVERH'D | 2 COATS Z.C. | W.E.U. | W.E. | | | SEE NOTE #14 |
| 62 | JOINER & LOCKSMITH SHOP | BHDS. & OVERH'D | 2 COATS Z.C. | GREEN SHEEN #1 | GREEN SHEEN #1 | | | Do |
| 63 | AIR CASING IN ENGINE & BOILER SPACES | INACCESSIBLE AREAS BACK OF BAFFLE PLATES | BARE EXISTING Z.C. | KOMUL BITUP. PRIM. | KOMUL BITUP. #28 | | | SEE NOTE # 11 |
| 64 | AIR CASING IN ENGINE & BOILER SPACES (EXCEPT AS REQ'D BY ITEM #63 ABV.) | INSIDE SURFACES | 2 COATS Z.C. | AL. | AL. | | | SEE NOTE #14 |
| 65 | FAN ROOMS (ALUM. SHEATHED OR STRUCT.) | BHDS. & OVERH'D | 1 COAT Z.C. | I.W. | I.W. | | | FOR FAN ROOMS WITH STL. STRUCTURE SEE ITEM No 94 |
| 66 | FUEL ~~OIL~~ STATIONS | BHDS. & OVERH'D | 2 COATS Z.C. | I.W. | I.W. | | | SEE NOTE #14 |
| 67 | CREWS MESSROOMS | BHDS. & OVERH'D | 2 COATS Z.C. | PECAN GRAY N.N. #19, FIN. #1 | PECAN GRAY N.N. #19, FIN. #1 | | | ROOM SIDE DOORS & FRAMES - PAINTED DARK GREEN - FIN. #8 DEVOE & RAY. PT. |
| 68 | GALLEY SPACES & DISHWASHING RMS. | BHDS. BELOW COUNTER HEIGHT | 1 COAT Z.C. | B.G.E.U. | B.G.E. | | | ALUM. SHEATHING |
| 69 | Do | BHDS. ABOVE COUNTER HEIGHT | 1 COAT Z.C. | W.E.U. | W.E. | | | Do |
| 70 | Do | CEILINGS | 1 COAT Z.C. | W.FL.E. | W.FL.E. | | | Do |
| 71 | Do | DOORS & DOOR FRAMES - ROOM SIDE | 2 COATS Z.C. | B.G.E.U. | B.G.E. | | | JOINER DOORS HAVE BAKED ENAMEL BY MFGR. |
| 72 | DECK PANTRIES | Do | 2 COATS Z.C. | W.E.U. | W.E. | | | SEE NOTE #14 |
| 73 | Do | BHDS. & OVERH'D | 2 COATS Z.C. | W.E.U. | W.E. | | | SEE NOTE #14 |
| 74 | DECK PLTG. UNDER COMMISSARY EQUIPT. & IN GALLEY GUTTERS | | BARE EXISTING Z.C. | KOMUL BITUP. PRIM. | KOMUL BITUP. #28 | | | SEE NOTE #11 |
| 75 | ~~PRINT SHOP~~ | BHDS. & OVERH'D | 2 COATS Z.C. | GREEN SHEEN #1 | GREEN SHEEN #1 | | | ROOM SIDE OF DOOR TO BE GREEN SHEEN #8 |
| 76 | ELECTRICAL STATIONS | Do | 2 COATS Z.C. | W.E.U. | W.E. | | | Do |
| 77 | GARBAGE ROOMS | Do | 2 COATS Z.C. | I.W. | I.W. | | | SEE NOTE #14 |
| 78 | SLOP CHEST | Do | 2 COATS Z.C. | I.W. | I.W. | | | Do |
| 79 | DUMB WAITER TRUNKS | INTERIOR | 2 COATS Z.C. | I.W. | I.W. | | | Do |
| 80 | RUBBISH LOCKER | BHDS. & OVERH'D | 2 COATS Z.C. | I.W. | I.W. | | | Do |

SHEET NO. 10

DR. NO. 830-54 | PAINTING SCHEDULE

1-49—1000—P. O. 9-46

# INTERIOR PAINTING

| ITEM No. | COMPT. OR STRUCTURE | PART OF COMPT. OR STRUCTURE | PRIMER | 1ST COAT | 2ND COAT | 3RD COAT | AUTH'Y | REMARKS |
|---|---|---|---|---|---|---|---|---|
| 81 | BAKE SHOP | BHDS. & OVERH'D | 1 COAT Z.C. | W.E.U. | W.E. | | | ALUM. SHEATHING FOR DOOR SEE ITEM No 85 |
| 82 | BREAD & SUGAR ROOM | Do | 2 COATS Z.C. | W.E.U. | W.E. | | | FOR DOOR SEE ITEM No 85 |
| 83 | WAITERS PASSAGES IN GALLEYS | BHDS BEL. RAIL | 1 COAT Z.C. | B.G.E.U. | B.G.E. | | | |
| 84 | Do | BHDS. ABV. RAIL & OVERHEAD | 1 COAT Z.C. | W.E.U. | W.E. | | | |
| 85 | STRUCTURAL STEEL ENT. DOORS & DOOR FRAMES TO SHOPS & WORKING SPACES | ROOM SIDE | 2 COATS Z.C. | B.G.E.U. | B.G.E. | | | SEE THIS COLUMN IN THIS SCHEDULE FOR LOCATIONS |
| 86 | STOREROOMS, PANTRIES, SHOPS & BREAKFAST STA. BET FRS 177-213 A DK | BHDS. & OVERH'D | 2 COATS Z.C. | W.E.U. | W.E. | | | FOR STL. DOOR SEE ITEM No 85 JOINER DOORS HAVE BAKED ENA. BY MFGR. |
| 87 | INCOMBUSTIBLE STORES & LINEN LKRS. | BHDS & OVERH'D | 2 COATS Z.C. | W.E.U. | W.E. | | | SEE NOTE #14 |
| 88 | CAPSTAN ROOM, ROPE STOWAGE & WINDLASS MOTOR ROOM | Do. | 2 COATS Z.C. | I.W. | I.W. | | | Do |
| 89 | UPHOLSTERY & CARPENTER SHOPS | Do | 2 COATS Z.C. | GREEN SHEEN #1 | GREEN SHEEN #1 | | | Do |
| 90 | BATTERY ROOM | Do. | 2 COATS Z.C. | I.W. | A.R.W.E. | | | Do |
| 91 | ELEVATOR MACH'Y ROOMS | Do | AL. STRUCT. - 1 CT. Z.C. STL. STRUCT. - 2 CTS. Z.C. | I.W. | I.W. | | | SEE NOTES #3 & 14 |
| 92 | PRIMARY STATIONS | Do. | 2 COATS Z.C. | W.E.U. | W.E. | | | SEE NOTE #14 |
| 93 | ANCHOR HANDLING ROOM | Do. | 2 COATS Z.C. | I.W. | I.W. | | | Do |
| 94 | FAN ROOMS, LAMP ROOM, PAINT & OIL ROOM, DECK LAUNDRY & EMERG. GEAR LKR. | Do | 2 COATS Z.C. | I.W. | I.W. | | | FOR FAN ROOMS WITH ALUM SHEATHING OR STRUCT SEE ITEM 45 |
| 95 | WINCH CONTROL ROOM | Do. | 2 COATS Z.C. | I.W. | I.W. | | | |
| 96 | WORKSHOPS & RESISTOR ROOMS | Do | 1 COAT Z.C. | I.W. | I.W. | | | |
| 97 | EMERG. GEN ROOM | Do | 1 COAT Z.C. | I.W. | I.W. | | | |
| 98 | SHELL PLTG. & STL. DK. HOUSE SIDES | ALL UNEXPOSED SURFACES | BARE EXISTING Z.C. | KOMUL BITUP. PRIM. | KOMUL BITUP. #28 | | | SEE NOTE #11 & ITEM #121 |
| 99 | STEEL SHEATHING OVER SOUND & FIRE SCREEN INSULATION | HIDDEN SIDE | 1 COAT Z.C. | | | | | |
| 100 | METAL FURRING & STUDDING & STEEL CLIPS FOR ATTACHING SOUND & FIRE SCREEN INSULATION & JOINER FRAMING | | 1 COAT Z.C. | | | | | |

SHEET NO.

PAINTING SCHEDULE

DR. NO. 830-54

1-49—1000—P.O. 9-46

# INTERIOR PAINTING

| ITEM No. | COMPT. OR STRUCTURE | PART OF COMPT. OR STRUCTURE | PRIMER | 1ST COAT | 2ND COAT | 3RD COAT | AUTH'Y | REMARKS |
|---|---|---|---|---|---|---|---|---|
| 101 | DECKHEADS UNDER WATERWAYS | | 1 COAT Z.C. | BINDER | MICA | FIN. COAT | | APPLY MICA LIBERALLY WHILE BINDER COAT IS WET |
| 102 | ALL AUX. MACH'Y IN ENGINE ROOMS & STEERING ENGINE | EXTERNAL NON-WORKING SURFACES | 2 COATS Z.C. | G.E.U. N.N. #23 | G.E N.N. #23 | | | SEE NOTE #14 |
| 103 | MAIN TURBINES, REDUCTION GEARS, AND CONDENSORS | Do | 2 COATS Z.C. | AL. | AL. | | | Do |
| 104 | FRONT & BOTTOM OF BOILERS | ALL MILD STL. C.RE.S. NOT PAINTED | 1 COAT Z.C. | H.R.BL. | H.R.BL. | | | SEE NOTE #14 C.RE.S. PANELS NOT TO BE PAINTED. |
| 105 | SWITCH, RESISTANCE & STARTING BOXES IN MACH. SPACES & INTERIOR OF ALL BOXES | | 1 COAT Z.C. | G.E.U. N.N. #23 | G.E. N.N. #23 | | | |
| 106 | TANK TOP UNDER BOILERS | | BARE EXISTING Z.C. | KOMUL BITUP. PRIM. | KOMUL BITUP. #28 | | | |
| 107 | ALL PIPE LINES, WHERE LAGGED ABOVE FLOOR PLATES | LAGGED SURFACE | 1 CT. ARABAL | I.W. | W.E. | W.E. | | JOINTS & ETC. STENCILED, STRIPED OR MARKED AS DIRECTED. |
| 108 | ALL PIPING BELOW FLOOR PLATES | | — | R.D. | R.D. | | | |
| 109 | MAIN STEAM LINES (LAGGED & COVERED WITH SHEET METAL) | LAGGED SURFACE | 2 COATS Z.C. | I.W. | W.E. | | | JOINTS & ETC. STENCILED, STRIPED OR MARKED AS DIRECTED. |
| 110 | EXPOSED FLANGES OF STEAM LINES / HIGH TEMP. STEAM LINES | | — / — | AL. / 2 CTS HIGH HEAT RESIST PAINT | AL. | | | |
| 111 | ALUM. CLAD BHDS: PASSENGER & OFFICERS QTRS., PUBLIC SPACES, BATHS & TOILETS / CREWS QUARTERS | | 1 COAT Z.C. / Do | 1-UNDERCOAT / Do | 1-FINISH COAT / Do | 1-FINISH COAT / — | | FOR COLOR SEE REF. #1 OR #2 DEVOE & RAYNOLDS PT. |
| 112 | MARINITE BHDS. IN PUBLIC SPACES AND TOURIST & CREWS QUARTERS | | 2 COATS PRIMER-SEALER | 1-UNDERCOAT | 1-FINISH COAT | | | Do |
| 113 | MARINE VENEER CEILINGS / STL. DECKHEADS IN CREWS QUARTERS | | 1 CT. PRIM. SEALER / 2 COATS Z.C. | FLAT / 1-ENAM. UNDERCT. | FLAT / 1-ENAMEL | | | Do |
| 114 | ACOUSTICAL CEILINGS | | 1 COAT FLAT BY MFGR. | FLAT | | | | Do |
| 115 | SWIMMING POOL | MONEL STRUCTURE / ALUMILITED ITEMS | — / — | — / LACQUER | — | NO PAINT-SURFACES LEFT BRIGHT. WELDS ON EXPOSED SURFACES GROUND TO MATCH FTG, EXCEPT ON BEACH | | METHACRYLATE CLEAR LACQUER |
| 116 | REFRIGERATING MACH'Y | EXTERNAL NON-WORKING SURFACES | 2 COATS Z.C. | W.E.U. | W.E. | | | |
| 117 | SWITCHBOARDS & PANELS IN MACH'Y SPACES | INTERIOR & EXTERIOR | 1 COAT Z.C. | G.E.U. N.N. #23 | G.E. N.N. #23 | | | MED. GRAY |
| 118 | CREWS LOCKERS | INSIDE & OUT | WASH COAT PRIMER | DARK BLUE N.N. #18 BAK.E.U. | DARK BLUE N.N. #18 BAK.E. | | | SEE NOTE #24 |
| 119 | MEDICINE CABINETS, FURNITURE & ETC. | Do | WASH COAT PRIMER | BAK.E.U. | BAK.E. | | | SEE NOTE #24 FOR COLOR SEE REF. #1 OR #2 |
| 120 | BOILERS (EXCEPT FRONT & BOTTOM SEE ITEM #104) | EXPOSED SURFACE | 1 CT. Z.C. | AL. | AL. | | | |

PAINTING SCHEDULE

SHEET NO. 12

DR. NO. 830-54

1-49—1000—P.O. 9446

19-4

# [illegible]ERIOR PAINTING

| ITEM No. | COMPT. OR STRUCTURE | PART OF COMPT. OR STRUCTURE | PRIMER | 1ST COAT | 2ND COAT | 3RD COAT | AUTH'Y | REMARKS |
|---|---|---|---|---|---|---|---|---|
| 121 | ALUM. STRUCTURE BEHIND INSULATION & JOINER WORK | ALL SURFACES | 1 COAT Z.C. | | | | | SEE NOTE #12 & ITEMS 47 & 122 |
| 122 | STL. STRUCTURE BEHIND INSULATION & JOINER WORK | DECKHEADS, BHDS & CASINGS | 2 COATS Z.C. | — | — | | | SEE NOTE #14 & ITEM #47 |
| 123 | NAVIGATION & CONTROL EQUIPT. IN WHEELHOUSE & ETC. | | 1 COAT Z.C. BY MFGR. | G.E.U. N.N. #23 | G.E. N.N. #23 | | | |
| 124 | BUS STRUCTURE ON SWITCHBOARDS | | | RED ENAMEL A-1 | RED ENAMEL A-1 | | | SEE NOTE #26 |
| 125 | WORKING SPACES & WORKING PASSAGES | DADO | 2 COATS Z.C. | B.G.E.U. | B.G.E. | | | SEE NOTE #14 |
| 126 | Do | ENCL. BHDS. ABV. DADO & OVERH'D | 2 COATS Z.C. | IVORY ENA. N.N. #17 | IVORY ENA. N.N. #17 | | | Do |
| 127 | RAILS TO SLOPING LADDERS | | — | — | — | | | SEE NOTE #29 |
| 128 | BINS & SHELVES IN SHOPS & STORE ROOMS | ALL SURFACES | 2 COATS Z.C. | I.W. | I.W. | | | |
| 129 | DECK PLATING UNDER CARPETS | UPPER SURFACES | 2 COATS Z.C. | R.D. | R.D. | | | SEE ITEM #40 FOR DK. PTG. UNDER OTHER TYPES OF DK. COVERING. |
| 130 | ANTENNA TRUNKS & INSULATOR MOUNTING BOXES | INTERIOR | | RED ENAMEL A-1 | RED ENAMEL A-1 | | | SURFACES TO BE THOROUGHLY CLEANED & FREE FROM GREASE BEFORE APPLICATION OF PAINT. |
| 131 | INTERIOR STORM RAILS CREW SPACES | ALL SURFACES INCLUDING BRACKETS | WASH COAT PRIMER | 1 COAT Z.C. | BLUE GRAY N.N. #21-8 | BLUE GRAY N.N. #21-8 | | SEE NOTE #33 |
| 132 | AL. JOINER BHD. FRS. 100-101 WHEELHOUSE NAV. BRIDGE | EXCLUDING ELEC. EQUIPMENT ETC. | — | LACQUER SEE NOTE #22 | | | | SURFACE TO BE THOROUGHLY CLEAN, POLISHED & FREE FROM GREASE BEFORE APPLICATION OF LACQUER. |
| 133 | FROM DK. HATCH FRS. 12-14 P. & S. (UNDERSIDE) | UNDERSIDE | 1 COAT Z.C. | BINDER | MICA | | | APPLY MICA LIBERALLY WHILE BINDER COAT IS WET. |
| 134 | PROPELLER SHAFTS (4) | BET. FORD COUPLING & FORD SLEEVE | WASH COAT PRIMER | 2 CTS. Z.C. | MED. GRAY N.D. No. 11 FORMULA 122-11 | MED. GRAY N.D. No. 11 FORMULA 122-11 | | |
| 135 | PHOTO DARK ROOM (147-150 P SPORTS DK.) | BHDS, CASING, CEILING | 2 COATS Z.C. | BEIGE N.N. #1-1 | BEIGE N.N. #1-1 | | | SEE NOTE #14 |
| 136 | (DO.) | CABINETS & SHELVES | 1 COAT Z.C. | BEIGE N.N. #1-8 | BEIGE N.N. #1-8 | | | |
| 137 | | | | | | | | |
| 138 | | | | | | | | |
| 139 | | | | | | | | |
| 140 | | | | | | | | |

1-49—1000—P.O. 946

DR. NO. 830-54 PAINTING SCHEDULE SHEET NO. 13

# EXTERIOR PAINTING

| Rev. | ITEM No. | COMPT. OR STRUCTURE | PART OF COMPT. OR STRUCTURE | PRIMER | 1ST COAT | 2ND COAT | 3RD COAT | AUTH'Y | REMARKS |
|---|---|---|---|---|---|---|---|---|---|
| 1, 2 | 141 | STL. RAILS & STANCHIONS | | 2 COATS Z.C. | O.W. | O.W. | | | |
| 18 | 142 | RUDDER | INTERIOR | BARE<br>EXISTING Z.C. | KOMUL<br>BITUP. PRIM. | KOMUL<br>BITUP. #28 | | | SEE NOTE #11 |
| 7 | 143 | BILGE KEELS | Do | BITUPLASTIC PRIMER | BITUPLASTIC #28 | BITUPLASTIC #28 | | | Do |
| 7 | 144 | BULWARKS | | 2 COATS Z.C. | O.W. | O.W. | EXTERIOR WHITE GLOSS | | |
| 7 | 145 | STL. DK. HOUSES & BRIDGE STRUCTURE | EXTERIOR BHDS. | 2 COATS Z.C. | O.W. | O.W. | Do | | |
| 7 | 146 | ALUM. DK. HOUSES & BRIDGE STRUCTURE | Do | 1 COAT Z.C. | O.W. | O.W. | Do | | SEE NOTE #3 |
| | 147 | DECK PLATING & TOPS OF HOUSES | | | | | | | SEE REFS. 34 & 35 FOR DECK COVERINGS |
| 7 | 148 | BREAKWATER & HATCH COAMINGS | | 2 COATS Z.C. | O.W. | O.W. | EXTERIOR WHITE GLOSS | | |
| 7 | 149 | ALUM. CAP RAILS | | — | LACQUER | — | — | | SEE NOTE #22 |
| 7 | 150 | OTHER ALUM. RAILS AND ALL ALUM. STANCHIONS | | WASH COAT PRIMER | 1 COAT Z.C. | O.W. | EXTERIOR WHITE GLOSS | | SEE NOTE #23 |
| 6 | 151 | OVERHEAD IN ENCL. PROM. | | 1-Z.C. FOR ALUM.<br>2-Z.C. FOR STEEL | ENAMEL UNDERCOAT | FLAT ENAMEL | | | COLOR TO SUIT DECORATIONS |
| 23 | 152 | MASTS, KINGPOSTS, BOOMS, SPARS & RANGE LT. MAST ON TOP OF FORD STACK | | 2 COATS Z.C. | ALUM. | ALUM. | | | |
| 7 | 153 | VENTILATORS ABV. DECK | OUTSIDE SURFACES | 2 COATS Z.C. | O.W. | O.W. | EXTERIOR WHITE GLOSS | | |
| | 154 | VENTILATOR COWLS & HOODS | INSIDE SURFACES | 2 COATS Z.C. | VERM. | VERM. | | | |
| 6 | 155 | CHOCKS, BITTS & MOORING RINGS | | 2 COATS Z.C. | BLACK | BLACK | | | |
| 7 | 156 | DECK MACHINERY | | 2 COATS Z.C. | G.E.U. N.N. #23 | G.E. N.N. #23 | | | |
| | 157 | RADAR TOWER | INTERIOR | 1 COAT Z.C. | | | | | SEE NOTE #3 |
| 23 | 158 | RADAR TOWER | EXTERIOR | 1 COAT Z.C. | ALUM. | ALUM. | | | Do |
| 21, 7 | 159 | ANCHORS | | 2 COATS Z.C. | BLACK | BLACK | | | TO MATCH HULL |
| | 160 | ANCHOR CHAIN | | 2 COATS Z.C. | BLACK | BLACK | | | |

1-49—1000—P.O. 9-46

99

PAINTING SCHEDULE

SHEET NO. 14

DR. NO. 830-54

| ITEM No. | COMPT. OR STRUCTURE | PART OF COMPT. OR STRUCTURE | PRIMER | 1ST COAT | 2ND COAT | 3RD COAT | AUTH'Y | REMARKS |
|---|---|---|---|---|---|---|---|---|
| 161 | LIFEBOATS | INSIDE | 1 COAT Z.C. BY MFGR. | ALUM. BY MFGR | ALUM. BY MFGR. | | | |
| 162 | LIFEBOATS | OUTSIDE | 1 COAT Z.C. BY MFGR. | ALUM. BY N.N. | ALUM. BY N.N. | | | SEE SHEET #6 FOR ALUM. |
| 163 | BOAT DAVITS | | 1 COAT Z.C. | O.W. | O.W. | | | |
| 164 | SHIPS NAME ON LIFEBOATS & LIFEBUOYS | | | BLACK | | | | |
| 165 | SHIPS NAME STERN & EACH SIDE OF BOW | | | | | | | INCONEL LETTERS SEE REF. #45 |
| 166 | HAILING PORT - AT STERN | | | | | | | Do |
| 167 | DRAFT MARKS | | 2 COATS Z.C. | O.W. | O.W. | | | SEE REF. # 44 FOR OUT-LINE |
| 168 | SMOKE STACK ABOVE BAND | EXTERIOR | 1 COAT Z.C. | H.R.B. | H.R.B. | | | |
| 169 | SMOKE STACK BAND | Do | 1 COAT Z.C. | H.R.W. | H.R.W. | | | |
| 170 | SMOKE STACK BELOW BAND | Do | 1 COAT Z.C. | H.R.R. | H.R.R. | | | |
| 171 | INTERIOR OF SMOKESTACKS AND EXTERIOR OF UPTAKES | | 1 COAT Z.C. | FIRE RETARDANT ALUMINUM | FIRE RETARDANT ALUMINUM | | | |
| 172 | WATERWAYS & GUTTERS | | 2 COATS Z. | GRAY | GRAY | | | |
| 173 | INACCESSIBLE SPACES | | BARE EXISTING Z.C. | KOMUL BITUP. PRIM. | KOMUL BITUP. #28 | | | SEE NOTE #41 |
| 174 | KING POSTS | INTERIOR | BARE EXISTING Z.C. | KOMUL BITUP. PRIM. | KOMUL BITUP. #28 | | | Do |
| 175 | HULL BELOW TOP OF BOOT TOPPING (DURING CONSTRUCTION) | | ALL AREAS - 1 CT. WASH COAT PRIMER BUSHIPS #117 | ALL AREAS ANTI-CORROSIVE RED HAND #505 | SANDBLAST AND APPLY 6 RIBBON OF RED HAND #505 | ALL AREAS - ANTI-CORROSIVE RED HAND #506 | | SANDBLAST ALL SEAMS BUTTS & RIVETING - WIREBRUSH REMAINDER SEE NOTE #27 & REF. #44 |
| 176 | HULL BELOW TOP OF BOOT TOPPING (2 TO 3 WEEKS BEFORE LAUNCHING) | | | ALL AREAS ANTI-FOULING RED HAND #604 | | | | SEE NOTE #30 |
| 177 | HULL BELOW TOP OF BOOT TOPPING (AT FINAL DOCKING BEFORE TRIALS) | | | ALL AREAS ANTI-CORROSIVE RED HAND #50[illegible] | ALL AREAS ANTI-FOULING RED HAND #604 | | | SEE REF. #44 FOR CONTOUR FOR [illegible] |
| 178 | BOOT TOPPING (AT FINAL DOCKING BEFORE TRIALS) | | ALL COATS AS SHOWN ABOVE IN ITEMS 175, 176 & 177 PLUS | | | 1 CT. RED HAND SPEC. ANTI-FOULING BOOT-TOPPING | | |
| 179 | HULL BETWEEN WHITE STRIPE & PAINT LINE | | 2 COATS Z.C. | BLACK | BLACK | BLACK | | ALL LINES |
| 180 | OVERHEAD IN EXPOSED PROMS. | | 1 Z.C. FOR ALUM. 2 Z.C. FOR STEEL | O.W. | EXTERIOR PAINT | | | COLOR TO SUIT DECORATORS |

PAINTING SCHEDULE

SHEET NO. 15

DR. NO. 830-54

# EXTERIOR PAINTING

| ITEM No. | COMPT. OR STRUCTURE | PART OF COMPT. OR STRUCTURE | PRIMER | 1ST COAT | 2ND COAT | 3RD COAT | AUTH'Y | REMARKS |
|---|---|---|---|---|---|---|---|---|
| 181 | WHITE STRIPE 6" WIDE ABOVE TOP OF BOOT TOPPING (APPLIED JUST BEFORE TRIAL TRIP) | | 2 COATS Z.C. | O.W. | O.W. | | | SEE REF 44 FOR |
| 182 | HULL ABOVE PAINT LINE | | 2 COATS Z.C. | O.W. | O.W. | EXTERIOR WHITE GLOSS | | CONTOUR OF LINES AND WELDED LINE |
| 183 | | | | | | | | |
| 184 | | | | | | | | |
| 185 | | | | | | | | |
| 186 | | | | | | | | |
| 187 | | | | | | | | |
| 188 | | | | | | | | |
| 189 | | | | | | | | |
| 190 | | | | | | | | |
| 191 | | | | | | | | |
| 192 | | | | | | | | |
| 193 | | | | | | | | |
| 194 | | | | | | | | |
| 195 | | | | | | | | |
| 196 | | | | | | | | |
| 197 | | | | | | | | |
| 198 | | | | | | | | |
| 199 | | | | | | | | |
| 200 | | | | | | | | |

SHEET NO. 16

PAINTING SCHEDULE

DR. NO. 830-54

1-49—1000—P. O. 9-46