DEPARTMENT OF CIVIL AND
ENVIRONMENTAL ENGINEERING
AND EARTH SCIENCES

PHONE: 574/631-6101
FAX: 574/631-9236
EMAIL: FEIN.1@ND.EDU

UNIVERSITY OF NOTRE DAME
NOTRE DAME, INDIANA 46556-0767

October 29, 2026

Carlos Camacho Jr.
Co-Founder & Chief Communications Officer
SS United States Preservation Foundation Inc.

Dear Mr. Camacho:

I am writing this letter to comment on some of the conclusions reached by the U.S. Army Corps of Engineers as stated in their Environmental Assessment and Statement of Findings regarding the sinking of the S.S. United States to create an artificial reef. In brief, some of these conclusions are based on faulty logic or a lack of data, and in my opinion as an environmental geochemist, a more detailed environmental impact assessment should be conducted prior to the sinking because of the potential for negative impacts on the environment due to Cr(VI) and possibly Pb contamination issues.

The main issues are as follows:

1) As The Corps points out, the Applicant's arguments are based on only two interior paint samples which show very high Cr and Pb concentrations. The limited number of samples and the need to estimate the interior surface area of the ship to provide an estimate of the total mass of Cr and Pb that will be introduced into the marine ecosystem leads to large uncertainties in Dr. Osborne's estimations. However, these estimations are the best that can be done in the absence of a detailed environmental assessment, which the Corps has not conducted. It makes no sense to criticize the assumptions made in this estimation without providing better data – more samples and a better determination of the surface area covered by the high-Cr and Pb paint. The Corps did not do an adequate environmental assessment themselves, so they have not proven that the risk is low. Although the paint analyses and Dr. Osborne's surface area estimations lead to high uncertainties, they do serve to demonstrate that there is a reasonable potential for Cr and Pb contamination. If The Corps wishes to discredit the estimates that Dr. Osborne put forward, they need to do thorough sampling and analyses themselves to prove that Dr. Osborne's assessments are off. Criticizing the extent and distribution of the paint samples seems ridiculous when the Corps did not do any sampling themselves.

2) The studies supporting the Corps' conclusions (pages 12–14) are not directly applicable to the marine environment into which the S.S. United States will be introduced. The Corps cites research by Scholes and Furman (2006), which discusses chromium release from corrosion-inhibiting coatings, including an initial fast rate of Cr(VI) release from primer material followed by a lower leaching rate. The initial release rate is alarming, but the Corps seems to argue that the slower release rate is the controlling factor. The Scholes and Furman (2006) experiments were conducted by placing primer material into ***small volume*** reactors, so that the primer comes to equilibrium with the water with which it is in contact. The attainment of equilibrium causes the slowing of the Cr release rate. However, this experiment does not mimic the situation that would occur if the S.S. United States is sunk in the ocean. That system would expose the primer and paint materials to ***a virtually limitless volume*** of water, so equilibrium would not be approached. In my opinion, the fast release rate would control Cr and Pb release into the ocean, and the rate would not slow with time. The large mass of primer and paint material would represent a large reservoir of Cr and Pb, which would continue to be released from the ship until the entire coating material disintegrates. This could take years to decades, and should be considered when constructing an environmental risk assessment.

3) The Corps mistakenly concludes that any released Cr(VI) would convert to less toxic Cr(III) (page 13). However, except in some very deep basins, ocean water is oxygenated, so this conversion is highly unlikely to occur. Anoxic conditions occur in shallow marine settings only within the sub-seafloor sediments.

4) The statement by The Corps concerning Pb (page 14) is erroneous. The Corps states that remaining Pb paint is not expected to have significant environmental effects because of low leaching, low solubility, and that Pb "does not bioaccumulate." As discussed above, the leaching rate is likely to be high. The solubility of Pb in seawater depends on the chemistry of the particular site in question, but Pb solubility in seawater can increase significantly due to complexation with dissolved organic matter which is likely to be present in a shallow water marine setting. Lastly, Pb absolutely does bioaccumulate strongly in the food chain. There are decades of studies that have demonstrated this.

5) The Corps assessment discusses guidance concerning ***exterior underwater antifouling coatings***. However, the analyzed samples came from the ship's ***interior zinc-chromate corrosion-inhibiting primers***, which were not intended for continuous seawater immersion. From what I can tell, the Corps does not adequately distinguish between these different types of coatings and hence it appears that the guidance is not being appropriately applied. It seems that the Corps has not sampled or considered the Cr or Pb content of the interior primers, and this should be the primary focus of an environmental risk assessment prior to introduction of the ship to the submarine ecosystem.

6) The County challenges Dr. Osborne's interior surface area calculations and presents a substantially lower estimate (pages 11-12). It is unclear to me whether the County's alternative calculations are supported by actual vessel-specific measurements or simply different assumptions, and hence it is impossible to discern which estimate is more rigorous. However, it should be noted that even with the lower surface area estimates provided by the County, the amount of Cr that would be introduced to the marine ecosystem, although lower than what Dr. Osborne estimates, is still potentially dangerously high, if the Cr content of the primer samples are representative of all of the primers used on the ship's interior.

In summary, I do not find the arguments put forward by the U.S. Army Corps of Engineers or by the County to be scientifically supported. The limited sampling of the interior primer coatings by the Applicants represent the only samples and analyses of these materials, and the resulting Cr and Pb contents strongly suggest that Cr and Pb contamination could be an issue if the S.S. United States is sunk in a marine setting. I strongly urge the U.S. Army Corps of Engineers to complete a thorough environmental risk assessment prior to the sinking, to account for the Cr and Pb that are present in the interior primers and paints, to have a more thorough sampling plan for the interior primer coatings and to determine a more accurate surface area estimate so that the extent of Cr and Pb that will be introduced with the ship can be accurately and precisely determined.

Please contact me if you require any further information.

Sincerely,



Jeremy Fein

Professor, Civil and Environmental Engineering and Earth Sciences
Director, Center for Environmental Science and Technology