DEPARTMENT OF CIVIL AND
ENVIRONMENTAL ENGINEERING
AND EARTH SCIENCES

PHONE: 574/631-6101
FAX: 574/631-9236
EMAIL: FEIN.1@ND.EDU

UNIVERSITY OF NOTRE DAME
NOTRE DAME, INDIANA 46556-0767

September 2, 2026

Carlos Camacho Jr.
Co-Founder & Chief Communications Officer
SS United States Preservation Foundation Inc.

Dear Mr. Camacho:

I am writing this letter to state that I have examined the report on the analyses that have been conducted on paint samples from the SS United States, and that I concur with the findings and testimony of Dr. Todd Osborne from University of Florida. In brief, the results of these analyses indicate high levels of total chromium and hexavalent chromium in the paint from the interior of the ship, and it seems likely to me that significant environmental effects are at least possible by introducing this amount of chromium into a shallow marine environment by sinking the ship to create an artificial reef.

York Analytical Laboratories, Inc., and Eurofins Environmental Testing, the two companies who conducted the paint analyses, are prominent and reputable environmental testing companies, and the analytical procedures that they describe as being used for the paint analyses are EPA approved methods. Both companies followed proper QA/QC protocols and used appropriate standards, and I have high confidence that the stated results are accurate and precise. Only a couple of paint samples were analyzed, but these samples appear to have been selected at random from the ship, and appear to be representative of the extensive paint coatings still present on the interior of the ship. The high levels of total chromium, and in particular of hexavalent chromium, in both samples should be of great concern and could lead to significant negative environmental impacts if introduced into a marine setting through the sinking of the ship. Both samples showed high levels of hexavalent chromium (over 800 ppm Cr(VI) in the Eurofin sample and over 4000 ppm Cr(VI) in the York sample). These high levels of hexavalent chromium, integrated over the amount of paint used to coat the ship's interior, represent an amount of hexavalent chromium that could lead to severe environmental consequences due to paint erosion and dissolution once exposed to a marine environment.

The sinking the SS United States to become an artificial reef would introduce a large quantity of total and hexavalent chromium into a sensitive near-surface marine environment. The levels of hexavalent chromium in the interior paint that was used extensively on the ship represent a potential environmental hazard that should be considered carefully prior to implementation of the sinking.

Please contact me if you require any further information.

Sincerely,

Jeremy Fein

Professor, Civil and Environmental Engineering and Earth Sciences
Director, Center for Environmental Science and Technology