**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

SS UNITED STATES PRESERVATION
FOUNDATION, INC., et al.,

Case No. 3:26cv5339-MCR-HTC

Plaintiffs,

v.

UNITED STATES ARMY CORPS OF ENGINEERS,
et al.,

Defendants.

---

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL**

Plaintiffs, the SS United States Preservation Foundation and Steven R. Perry, through their undersigned counsel, hereby give notice of the voluntary dismissal of this action.

MEMORANDUM OF LAW

As authority for this notice, plaintiffs rely on Fed. R. Civ. P. 41(a)(1)(A)(i), as no defendant has served an answer or a motion for summary judgment.

WHEREFORE, plaintiffs provide their Notice of Voluntary Dismissal.

Respectfully submitted this 19th day of November 2026.

FARMER & FITZGERALD, P.A.

/s/ *Matthew Farmer*
Matthew P. Farmer
Fla. Bar No. 0793469
800 W. De Leon St.
Tampa, Florida 33606
(813) 928-1131
FAX (813) 224-0269
MattFarmer1@aol.com

COUNSEL FOR PLAINTIFFS

LOCAL RULE 7.1(F) CERTIFICATION

I HEREBY CERTIFY that this memorandum contains 253 words, using Microsoft Word's word count, which complies with the word limit requirements set forth in Local Rule 7.1(F).

LOCAL RULE 5.1(F) CERTIFICATION

I HEREBY CERTIFY that a copy of the foregoing Notice of Voluntary Dismissal has been served electronically to the following counsel this 19th day of November 2026.

Lynn Hoshihara, lhoshihara@ngnlaw.com

Matt Shaud, mshaud@ngn-tally.com

AUSA Mary Ann Couch, mary.ann.couch@usdoj.gov

AUSA Marie Moyle, marie.moyle@usdoj.gov